IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PHILLIP DEWAYNE STEWART,**                                                                    **PLAINTIFF**
**ADC #151956**
**v.**                                  **CASE NO: 5:14CV00422 BSM/JTR**

**RAY HOBBS, Director; and**
**M.D. REED, Warden,**
**Arkansas Department of Correction**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed without prejudice.

DATED this 4th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE